FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

7/24/2015 3:17:06 PM

CHRISTOPHER A. PRINE
Clerk

# EXHIBIT 1

## HESSE DAVID CHRISTOPHER

JID
P00196345

Booking No     1504479

MNI
01191178

Height
6-06

Weight
210

Sex
M

Date of Birth
4/30/1973

Hair Color
BLN

Glasses

Eye Color
GRN

Facial Hair

Facial Hair Len

Race
W

Skin

Build

Person  Case  Print  User Print



Click here to open document

Image Type: MugShot
Image Taken: 02/26/2015 15:16:59
View: Front

Fort Bend County Sheriff's Office
CERTIFIED COPY
The forgoing is a Certified copy
Of the original document.
By: _____
Date: 7/24/15